# MINUTE ORDER

Page 9

## Magistrate Judge Barry L. Garber

King Building Courtroom 10-4     Date: 9.1.16     Time: 2:00 p.m.

Defendant: 2) CHRISTIAN GONZALEZ    J#: _____    Case #: 16-20645-CR-MIDDLEBROOKS    **AFPD**

AUSA: **DAYA NATHAN**     Attorney: **E SAWMYA BHARATHI**

Violation: CONSPIRACY TO COMMIT WIRE FRAUD     Surr/Arrest Date: 8/31/2016    YOB: 1997

Proceeding: Initial Appearance     CJA Appt: _____

Bond/PTD Held: ◯ Yes ◯ No     Recommended Bond: _____

Bond Set at: _____     Co-signed by: **father & deft.**

- [✓] Surrender and/or do not obtain passports/travel docs
- [✓] Report to PTS as (directed)/or _____ x's a week/month by phone: _____ x's a week/month in person
- [✓] Random urine testing by Pretrial Services
- [ ] Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [✓] Maintain or seek full-time (employment)/education    **w/ NO ACCESS TO CREDIT CARDS & Personal I.d. Info.**
- [ ] No contact with victims/witnesses, except through counsel
- [✓] No firearms
- [✓] Not to encumber property
- [✓] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [✓] Travel extended to: **SDFL**
- [✓] Other: **No employ. w/ access to personal info/credit card information**

Language: **English**

Disposition: **Deft. sworn APPD appt. Sawmya Bharathi Stip Bond: 15K 10% w/ Nebbia 50K co-signed by father and deft.**

**ARRAIGNED NG/JT/SDO**

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date: _____   Time: _____   Judge: _____   Place: _____

Report RE Counsel: _____
PTD/Bond Hearing: _____
Prelim/Arraign or Removal: _____
Status Conference RE: _____

D.A.R. **14:34:13**     Time in Court: **3 mins**

s/Barry L. Garber       Magistrate Judge