IRS 1015141566



RECEIVED
AUG 29 2016
S/FL WARRANTS

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

United States of America
v.

CHRISTIAN GONZALEZ,

_____
Defendant

Case No. **16-20645**
Middlebrooks

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **CHRISTIAN GONZALEZ**,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349; wire fraud, in violation of Title 18, United States Code, Section 1343; aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1); and use of unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(2).

Date: 8-26-2016

*Issuing officer's signature*

City and state: Miami, Florida

STEVEN LARIMORE, CLERK OF COURT
*Printed name and title*

FILED by _____ D.C.
SEP 16 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

| Return |
|---|
| This warrant was received on *(date)* 08/29/2016, and the person was arrested on *(date)* 09/01/2016 at *(city and state)* Miami, FL by HSI. |
| Date: 09/01/2016 |

By: Roberto Rodriguez, SDUSM, SD/FL
*Arresting officer's signature*

Amos Rojas Jr., U.S. Marshal, SD/FL
*Printed name and title*