UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-20645-CR-MIDDLEBROOKS/GARBER

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

CHRISTIAN GONZALEZ,
    Defendant.
_____/

## ORDER ON *NEBBIA* STIPULATION

**THIS CAUSE** came before the Court upon the parties' stipulation of satisfaction of *Nebbia* requirement attached to the defendant's $15,000.00/10% bond. This Court having reviewed the stipulation, it is hereby

**ORDERED and ADJUDGED** that the *Nebbia* requirement is satisfied.

**DONE and ORDERED** at Miami, Florida this 19th day of September, 2016

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Bunmi Lomax, AFPD
Daya Nathan, AUSA